UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
SEP 13 2007

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | \* | CR 03-40084 |
| Plaintiff, | \* | |
| vs. | \* | ORDER |
| JOSEPH ALAN ERNST, | \* | |
| Defendant. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Counsel for Defendant has filed a Motion to Seal Doc. 60 Through 66 (Doc. 67). In his motion, counsel states the docket entries numbered 1 through 59 are already sealed or otherwise inaccessible. After consideration of the motion, together with the file in this matter, the Court finds that the first 59 docket entries are inaccessible as those entries were made before November 1, 2004, the date established by the Judicial Conference for availability of criminal case information pursuant to the E-Government Act. Subsequent to the filing of Defendant's Motion, the transcripts at Docket 60 and 61 have been restricted from public access. Accordingly,

IT IS ORDERED:

1. That the Motion to Seal Doc. 60 Through 66 (Doc. 67) is denied as docket entries numbered 1 through 59 are inaccessible as those entries were made before electronic criminal documents were accessible; the transcripts at dockets 60 and 61 have been restricted from public access; and docket entries 62-67 do not require sealing.

Dated this 13th day of September, 2007.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _Trudy Margulies_
DEPUTY